# Court of Appeals
# of the State of Georgia

ATLANTA, __October 23, 2015__

*The Court of Appeals hereby passes the following order:*

## A16A0181. CHATHAM COUNTY, GEORGIA et al. v. DANIEL W. MASSEY.

Daniel W. Massey, the Clerk of Court for Chatham County, Georgia, filed a mandamus petition against Chatham County and its Board of Commissioners. The trial court issued a writ of mandamus, and the defendants appealed to this Court. The defendants subsequently filed a motion to transfer the matter to the Supreme Court.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Accordingly, the defendants' motion to transfer is hereby GRANTED, and this case is TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____ 10/23/2015 _____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*